## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PAO TMK,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION,<br><br>        Defendants. | Court No. 21-00532 |

## NOTICE TO WITHDRAW JOHN ANWESEN

**PLEASE TAKE NOTICE** that, John Anwesen has left the employment of Crowell & Moring LLP. Accordingly, please remove John Anwesen from the list of counsel from Crowell & Moring LLP representing the plaintiff, PAO TMK in this proceeding.

Respectfully submitted,

*/s/ Pierce Lee*
Pierce Lee

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Email: plee@crowell.com

Dated: July 5, 2023

Counsel for PAO TMK