# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PAO TMK,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>UNITED STATES STEEL CORPORATION AND VALLOUREC STAR, LP,<br>    *Defendant-Intervenors*. | Ct. No. 21-00532<br><br>Before: M. Miller Baker, Judge |

## ORDER

For the reasons stated in Slip Opinion 23-150 (ECF 77):

1. The court **GRANTS** Plaintiff's motion for judgment on the agency record (ECF 33, confidential; ECF 34, public).

2. The court **REMANDS** this case to the International Trade Commission for the Commission to reconsider and revise its final determination in *Seamless Carbon and Alloy Steel Standard, Line, and Pressure Pipe from Korea, Russia, and Ukraine,* Inv. Nos. 701-TA-654-655 and 731-TA-1529-1532 (Final), USITC Pub. No. 5222 (Aug. 2021), with respect to negligibility of imports from the Russian Federation consistent with the court's opinion. Specifically, the agency must reconsider (1) its calculation of in-scope imports from Germany and Mexico and its related finding that there was only one importer each for Germany and Mexico in light of Customs data to the contrary and (2)

its calculation of in-scope imports from Germany by Company C in view of evidence to the contrary proffered by TMK.

3. This case will proceed with the following schedule:

   a. The ITC must file its remand determination on or before 120 days after the date of entry of this order.

   b. The Commission must file the administrative record on or before 14 days after the date on which it files the remand determination.

   c. The court's instructions governing joint appendix preparation[1] govern the remand appendix.

   d. No later than 14 days after the Commission files the administrative record, the parties are to file a proposed scheduling order advising the court of which appendix preparation option the parties have selected and proposing due dates for the parties' comments, the remand appendix, and any motions for oral argument should a party wish to file one. The proposed due dates should reflect the appendix preparation option the parties choose.

   e. The parties' proposed scheduling order must prescribe deadlines for the intervenors' comments that are later than the deadline

---

[1] https://www.cit.uscourts.gov/sites/cit/files/2023-10-11%20Instructions%20to%20Counsel%20in%20l581%28c%29%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

for the party the intervenors support and must include a word-count limitation for the intervenors' comments that is one-half of the words available to the party-in-chief.

Dated:  October 12, 2023         /s/ *M. Miller Baker*
         New York, New York       M. Miller Baker, Judge