

CHAMBERS OF
M. Miller Baker
Judge

October 12, 2023

*(Via CM/ECF)*

Daniel J. Cannistra, Esq.
John Anwesen, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

Madeline R. Heeren, Esq.
Andrea C. Casson, Esq.
Office of the General Counsel
U.S. International Trade Commission
500 E Street, S.W.
Washington, DC  20436

Roger B. Schagrin, Esq.
Elizabeth J. Drake, Esq.
Schagrin Associates
900 Seventh Street, N.W., Suite 500
Washington, DC  20001

Thomas M. Beline, Esq.
Mary Jane Alves, Esq.
Cassidy Levy Kent (USA) LLP
900 Nineteenth Street N.W., Suite 400
Washington, DC  20006

Re:  *PAO TMK v. U.S.*
 Court No. 21-00532

Dear Counsel:

Today I issued a confidential slip opinion in this case. I intend to issue a public version of the opinion on Friday, October 20, 2023. In the confidential opinion, material from the administrative record that was designated as confidential is set off in double brackets.

Please review the opinion and inform these chambers no later than Thursday, October 19, 2023, whether any party disagrees with or wishes to waive the redactions.

Please respond by CM/ECF and file under seal if necessary. Thank you in advance for your assistance with this matter.

Sincerely,

/s/ *M. Miller Baker*
M. Miller Baker, Judge