UNITED STATES COURT OF INTERNATIONAL TRADE
**Before the Honorable M. Miller Baker, Judge**

|  |  |  |
|---|---|---|
| PAO TMK, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| UNITED STATES, | ) | Court No. 21-00532 |
| | ) | |
| *Defendant,* | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| UNITED STATES STEEL | ) | |
| CORPORATION, AND VALLOUREC | ) | |
| STAR, LP, | ) | |
| | ) | |
| *Defendant-Intervenors.* | ) | |

**DEFENDANT-INTERVENORS' COMMENTS ON REMAND
DETERMINATION**

Roger B. Schagrin
Elizabeth J. Drake
SCHAGRIN ASSOCIATES
900 Seventh St. N.W., Suite 500
Washington, D.C. 20001
(202) 223-1700

*Counsel for Vallourec Star, LP*

Thomas M. Beline
Mary Jane Alves
CASSIDY LEVY KENT (USA) LLP
900 19th St. N.W., Suite 400
Washington, D.C. 20006
(202) 567-2300

*Counsel for United States Steel
Corporation*

Date:  May 30, 2024

Defendant-Intervenors United States Steel Corporation and Vallourec Star, LP respectfully respond to the comments filed by plaintiff PAO TMK challenging the remand results filed by the U.S. International Trade Commission in this proceeding. *See* Pl.'s Second Corrected Comments on Remand Redetermination (ECF 98) ("Plaintiff's Remand Comments"). Defendant-Intervenors fully concur with and endorse the arguments in Defendant's remand comments refuting PAO TMK's contentions and supporting the reasonableness of the Commission's remand determination. *See* Def.'s Comments on Remand Determination (ECF 99). We hereby incorporate Defendant's remand comments by reference.

As demonstrated in those comments, the Commission complied with the Court's remand instructions, reasonably considered all record evidence, and provided reasoned explanations for its findings. Defendant-Intervenors therefore respectfully request that the Court uphold the remand determination as supported by substantial evidence and in accordance with law.

Please contact the undersigned with any questions regarding this submission.

Respectfully submitted,

/s/ Elizabeth J. Drake                 /s/ Thomas M. Beline
Roger B. Schagrin                      Thomas M. Beline
Elizabeth J. Drake                     Mary Jane Alves
SCHAGRIN ASSOCIATES                    CASSIDY LEVY KENT (USA) LLP
900 Seventh St. N.W., Suite 500        900 19th St. N.W., Suite 400
Washington, D.C. 20001                 Washington, D.C. 20006
(202) 223-1700                         (202) 567-2300

*Counsel for Vallourec Star, LP*       *Counsel for United States Steel*
                                       *Corporation*

Date:  May 30, 2024

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing remand comments contain 133 words and therefore complies with the word limitation set forth by the Court. In preparing this certificate of compliance, I have relied upon the word count function of the word processing system used to prepare the brief.

Dated: May 30, 2024                    /s/ Elizabeth J. Drake
                                       Elizabeth J. Drake