## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PAO TMK,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>UNITED STATES STEEL CORPORATION and VALLOUREC STAR, LP,<br>    *Defendant-Intervenors*. | Ct. No. 21-00532-MMB |

### NOTICE OF DEFICIENCIES

Plaintiff's (ECF 97, confidential; ECF 98, public) and Defendant's (ECF 99, confidential; ECF 100, public) comments, and the remand appendix (ECF 106, confidential; ECF 107, public) filed by Plaintiff, contain the following deficiencies:

1. Both Plaintiff's and Defendant's comments contain indiscriminate citations to large blocks of record material. *See* ¶ 2 of instructions to counsel in 28 U.S.C. § 1581(c) cases.[1]

2. The appendix page count exceeds the court's limit. *See* ¶ 3.1 of the instructions.

---

[1] https://www.cit.uscourts.gov/sites/cit/files/2023-10-11%20Instructions%20to%20Counsel%20in%201581%28c%29%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

1

3. The Appx page numbers in the confidential version are not searchable. *See* ¶ 3.4.c of the instructions.

4. The Appx page numbers are not set at least half an inch from the bottom of the page. *See* ¶ 3.4.c of the instructions.

5. Some fully redacted pages in the public appendix contain non-confidential material either in full or in part—for example, Appx0060006–0060007 is a Federal Register notice. Only material that was redacted or bracketed as confidential in the administrative record may be redacted in the appendix. *See generally CVB, Inc. v. United States*, 681 F. Supp. 3d 1313,1323 (CIT 2024) ("Only information that is truly confidential may be concealed from the public."), *appeal filed*, No. 24-1566 (Fed. Cir. Mar. 13, 2024); *see also* USCIT R. 5(g) (stating requirements for filing confidential or business proprietary information).

Within 14 days of entry of this order, Plaintiff and Defendant shall file corrected remand comments. They must also each submit courtesy copies[2] no later than two business days after so doing. Within 28 days of entry of this order, Plaintiff shall file a corrected remand appendix.

Dated:   June 24, 2024                    /s/ *M. Miller Baker*
         New York, New York               M. Miller Baker, Judge

---

[2] https://www.cit.uscourts.gov/sites/cit/files/Judge_Baker_Dispositive_Motion_Courtesy_Copy_Instructions.pdf.